IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES GUNDLAH,
        Plaintiff,

vs.                              Case No. 3:05cv216/LAC/EMT

DESHAWN, et al.,
        Defendants.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 2, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Pursuant to 28 U.S.C. § 1915(g), this case is dismissed without prejudice to its refiling accompanied by the payment of the full $250.00 filing fee.

**DONE AND ORDERED** this 12th day of January, 2006.

                        s/_L.A. Collier_
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**